**FILED**

UNITED STATES COURT OF APPEALS

FEB 25 2009

FOR THE NINTH CIRCUIT

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| In re: RICHARD ERNEST ANAYA. | No. 08-75080 |
| RICHARD ERNEST ANAYA, Petitioner, | D.C. No. 4:08-CV-04178-SBA Northern District of California, Oakland |
| v. | ORDER |
| UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA, Respondent. | |

Before: KOZINSKI, Chief Judge, HAWKINS and GOULD, Circuit Judges.

Petitioner has not demonstrated that this case warrants the intervention of this court by means of the extraordinary remedy of mandamus. *See Bauman v. United States Dist. Court*, 557 F.2d 650 (9th Cir. 1977). Accordingly, the petition is denied.

No motions for reconsideration, modification, or clarification of this order shall be filed or entertained in this closed case.

HS/MOATT